IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAWN MYERS                                                                     PLAINTIFF

V.                          CASE NO.: 5:19-CV-5187

ANDREW M. SAUL, Commissioner,
Social Security Administration                                       DEFENDANT

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of February, 2021.

                                                          /s/ Timothy L. Brooks
                                                          TIMOTHY L. BROOKS
                                                          UNITED STATES DISTRICT JUDGE